IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JASMINE COLBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-cv-00440-DGK |
| | ) |
| MILLENIA HOUSING MANAGEMENT | ) |
| and BVA INVESTMENTS, LLC, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice for failure to prosecute.

December 3, 2024            Paige Wymore-Wynn
Dated                       Clerk of Court

December 4, 2024            /s/ Tracy Strodtman
Entered                     (by) Deputy#Clerk#